IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 11-bk-04074-PMG

In Re:

NEHME RICHA

Debtor.

FILED
JACKSONVILLE, FLORIDA
JUN 23 2011
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## CHAPTER 13 PLAN

The Debtor submits the following Chapter 13 Plan:

1. The future earnings of the Debtor is submitted to the supervision and control of the Trustee and the Debtor shall pay to the Trustee the sum of $5,928.62 per month for a period of thirty-six (36) months.

2. From the payments so received, the trustee shall make disbursements as follows:

### A. Priority Claims

1. The fees and expenses of the trustee shall be paid over the life of the plan at the rate ten percent (10%) of the amount of all payments under the Plan.

2. The Internal Revenue Service has no priority claims.

### B. Secured Claims

1. BAC Home Loans Servicing, holds a First Mortgage on the Debtor's principal residence. The Trustee shall make the regular monthly payments of $4,193.95 over the life of the plan. The Debtor is currently in arrears on the mortgage payments. The Total arrearage is $8,144.88. The Trustee shall pay this creditor $226.25 per month toward the arrearage to bring the mortgage payment current over the life of the plan.

2. Villages of San Jose, has a claim for Homeowner's association fees on the Debtor's principal residence. The Trustee shall make the regular monthly association fee payment of $110.00 over the life of the plan. The Debtor is currently $6,000.00 in arrears on the fees. The Trustee shall pay this creditor $166.67 per month to bring the fees current over the life of the plan.

3. Mercedes-Benz Financial, has a secured claim on the Debtor's 2005 Mercedes CL 500C. The fair market value of this vehicle is $15,000.00. The Trustee shall make regular monthly payments of $416.67 per month for the life of the plan in order to satisfy the obligation pursuant to 11 U.S.C. Sections 506(b) and 1325 (a)(5) at a eight percent (8%) per annum rate of interest. The balance of the obligation to this creditor shall be treated as an unsecured claim.

4. Wells Fargo Dealer Services, has a secured claim on the Debtor's 2006 Mercedes E 350. The fair market value of this vehicle is $8,000.00. The Trustee shall make regular monthly payments of $222.22 per month for the life of the plan in order to satisfy the obligation pursuant to 11 U.S.C. sections 506(b) and 1325(a)(5) at eight percent (8%) per annum rate of interest. The balance of the obligation to this creditor shall be treated as an unsecured claim.

C. **Unsecured Claims**.

1. Unsecured creditors, including those secured creditors who have deficiency claims or whose liens have been avoided and who timely file proofs of claim shall receive distribution pro-rata. The Trustee shall distribute **$ 0** each month among those unsecured creditors whose claims are timely filed and allowed. If all unsecured creditors file claims, each will receive payments totaling **0 %** of this claim.

2. Any claim filed after 10/17/2011, shall not receive any distribution under this plan, unless specifically provided for above.

3. The Debtor does not reject any executory contracts.

4. Title to all property of the estate shall revest in the Debtor upon confirmation of this plan.

Signed on this 21 day of June, 2011.

_____
Debtor