**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flsb.uscourts.gov**

In Re:

NEHME RICHA                                     CHAPTER    13
                                                CASE NO.   3:11-bk-04074-PMG

Debtor(s).
_____/

## OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN FILED BY MERCEDES-BENZ FINANCIAL SERVICES USA LLC

Creditor, Mercedes-Benz Financial Services USA LLC, ("Mercedes-Benz"), by its undersigned attorneys, hereby moves this Court for entry of a Final Order denying confirmation of debtor(s)' Chapter 13 Plan as presently proposed, and in support thereof would show:

1.   Debtor(s) filed the original petition under Chapter 13 of the Bankruptcy Code. That all parties in interest including the debtor(s), debtor(s)' attorney and the Trustee are being served with copies of the Objection.

2.   For value received, debtor(s) executed and delivered an installment sales contract dated January 23, 2007, as evidence of indebtedness to creditor.

3.   Said indebtedness is secured by property more particularly described in the parties' agreement as a **2005 MERCEDES CL500C, VIN: WDBPJ75J25A043129**.

4.   Creditor is the present owner and holder for value and holds a perfected lien on the collateral.

5.   Creditor is owed $19,072.45 on the retail contract as of the date of the petition.

6.   Under the Plan, the debtor(s) have listed the value of the vehicle at $15,000.00, to be paid through the Plan at 8% interest, with monthly payments of $416.67 monthly for the life of the plan.

7.   As of the date of filing of this bankruptcy case, the retail value of the vehicle was $24,350.00.

8.   Debtor(s)' proposed Chapter 13 Plan does not meet the requirements of 11 U.S.C. Section 1325 (a)(1) in that it does not provide adequate protection for Creditor's interest pursuant to 11 U.S.C. Section 361.

WHEREFORE, creditor demands that a final order be entered and;

     a.    That confirmation of the debtors' Chapter 13 Plan, as presently proposed, be denied.

     b.    That the Court hold a hearing to determine the value of its collateral.

     c.    That Mercedes-Benz be granted a value of $19,072.45 for the vehicle in debtor's Chapter 13 Plan.

     d.    The Court grant such other and further relief as shall deem to be proper.

/s/Bert Echols  
Bert Echols, Esquire  
Florida Bar Number 0063387  
Attorneys for the Creditor Mercedes-Benz Financial Services USA LLC  
88 Union Avenue, Suite 700  
Memphis, TN 38103  
(901) 271-0712  
(901) 271-0900 (fax)  
bert.echols@thehalelawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing Objection to Confirmation was furnished by electronic or First Class U.S. Mail postage prepaid to Pro Se Debtor, Nehme Richa, 8434 Papelon Way, Jacksonville, FL 32217-4313; Trustee, Douglas W. Neway, P.O. Box 4308, Jacksonville, FL 32201, on this 29th day of June.

/s/Bert Echols  
Bert Echols, Esquire  
Florida Bar Number 0063387