UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    CASE NO: 3:11-bk-04074-PMG

NEHME RICHA,                                              Chapter 13

      Debtor.
_____/

## ORDER DISMISSING CASE

The Debtor having failed to file Schedules A through J, Official Form B22C (Chapter 13) and Statement of Financial Affairs in accordance with the Clerk's Notice of Filing Deficiency dated June 1, 2011.

Accordingly:

**IT IS ORDERED** that:

1. The case is dismissed.

2. The automatic stay imposed by 11 U.S.C. Section 362 is lifted.

3. The Trustee shall refund all funds on hand, if any, to the Debtor.

DATED this ~~June~~ July 1, 2011 in Jacksonville, Florida.

                                                                                 PAUL M. GLENN
Copies to:                                                     Chief United States Bankruptcy Judge
All Interested Parties

BNC/VAN-97