UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
JUL 14 2011
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO: 11-bk-04074-PMG

In Re:

NEHME RICHA,

Debtor.

_____/

## MOTION TO REINSTATE CHAPTER 13 PETITION

Comes now the Debtor, Nehme Richa, in Proper Person and respectfully represents:

1. The Debtor on June 1st 2011 filed a Voluntary Chapter 13 Petition under Title 11 of the Bankruptcy Code.

2. The Debtor's Case #11-bk-04074-PMG was dismissed on July 1st, 2011 for failure to file all the required documents as notified on June 1, 2011.

3. The Debtor states that he has filed all the required documents as of this 13th day of July 2011.

4. The Debtor is in need of reinstating his case in order to save his home and vehicles from being taken.

Wherefore the Debtor respectfully requests that this Court reinstate his Chapter 13 Petition.

_____
Debtor

I hereby certify that a true copy of the above has been sent by U.S. Mail to: Douglas W. Neway, the Chapter 13 Standing Trustee, at P.O. Box 4308 Jax.; Fl 32201-4308 on the 13 day of July, 2011.

_____
Debtor