[31714] [Notice of Preliminary Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:	Case No. 3:11−bk−04074−PMG
	Chapter 13

Nehme Richa

_____Debtor(s)_____/

NOTICE OF PRELIMINARY HEARING

   NOTICE IS GIVEN that a preliminary hearing in this case will be held in 4th Floor Courtroom 4A , 300 North Hogan Street, Jacksonville, Florida, on September 14, 2011 at 9:00 a.m. , to consider and act upon the following matter:

Motion to Reinstate Case filed by Debtor

 and transact such other business as may properly come before the hearing.

 1. The hearing may be continued upon announcement made in open Court without further notice.

 2. *Appropriate Attire*. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

 3. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

   Dated July 14, 2011.

			Lee Ann Bennett, Clerk of Court
			300 North Hogan Street Suite 3−350
			Jacksonville, FL 32202

   Copies furnished to:
   All Interested Parties